1  Fulton M. Smith III (SBN 121071)
   fsmith@cozen.com
2  Teri Mae Rutledge (SBN 261229)
   trutledge@cozen.com
3  COZEN O'CONNOR
4  101 Montgomery Street, Suite 1400
   San Francisco, CA  94104
5  Tel:    415.644.0914
   Fax:    415.644.0978
6

7  Attorneys for Plaintiffs
   NATIONWIDE AGRIBUSINESS INSURANCE,
8  and NATIONWIDE MUTUAL INSURANCE
   COMPANY
9

10

11                    UNITED STATES DISTRICT COURT

12                   EASTERN DISTRICT OF CALIFORNIA

13

14  NATIONWIDE AGRIBUSINESS            Case No. 17-952
    INSURANCE; and NATIONWIDE MUTUAL
15  INSURANCE COMPANY,                 **COMPLAINT FOR DECLARATORY**
                                       **RELIEF**
16           Plaintiffs,

17      v.

18  GEORGE PERRY & SONS, INC.; and PAUL
    GOMES,
19

20           Defendants.

21

22           <u>**COMPLAINT FOR DECLARATORY RELIEF**</u>

23       Plaintiffs Nationwide Agribusiness Insurance – NAIC and Nationwide Mutual Insurance

24  Company (collectively "Nationwide") file this complaint for declaratory relief against defendants

25  George Perry & Sons, Inc. ("Perry") and Paul Gomes ("Gomes").

26                        <u>**NATURE OF ACTION**</u>

27       Nationwide seeks a declaration that it does not owe a duty to indemnify Perry and Gomes

28  under its farm liability insurance and farm umbrella liability policies issued to Perry and Gomes

1   with respect to claims made against them in the action *Mattes, et al., v. George Perry and Sons,*
2   *Inc., et al,* venued in the Superior Court of California, San Joaquin, case number 39-2013-
3   000304818-CU-PO-STK (the "Underlying Action").

4   **THE PARTIES**

5   1.      Plaintiff Nationwide Agribusiness Insurance – NAIC is an Iowa corporation with its
6   principal place of business in Iowa.

7   2.      Plaintiff Nationwide Mutual Insurance Company is an Ohio corporation with its
8   principal place of business in Ohio.

9   3.      Defendant George Perry and Sons, Inc., is a California corporation with its principal
10  place of business in San Joaquin County, California.

11  4.      On information and belief, Defendant Paul Gomes, is a resident of San Joaquin
12  County, California.

13  **STATEMENT OF JURISDICTION AND VENUE**

14  5.      This action is brought pursuant to 28 U.S.C. § 2201 and 28 U.S.C. § 1332.  The
15  Plaintiffs are citizens of Iowa and Ohio and, upon information and belief, the defendants are
16  citizens of California.

17  6.      An actual controversy exists between Nationwide, on the one hand, and the
18  defendants, on the other hand, regarding the existence of insurance coverage in connection with the
19  Underlying Action.

20  7.      The amount in controversy exceeds the jurisdictional amount of $75,000, exclusive
21  of costs, interest, and attorneys' fees.  On information and belief, the Underlying Action plaintiffs
22  seek an amount in excess of $75,000 in the Underlying Action.  In addition, Nationwide is
23  providing a defense to Perry and Gomes against the Underlying Action pursuant to a reservation of
24  rights.

25  8.      Venue is appropriate in the United States District Court for the Eastern District of
26  California under 28 U.S.C. § 1391 because the policyholder, Defendants Perry and Gomes, reside
27  in this judicial district and the insurance policies that form the basis of this dispute was delivered to
28  Perry in this judicial district.

**THE UNDERLYING ACTION**

9.     On December 4, 2013, Gary Mattes, on his own behalf and doing business as Gary Apiaries, filed the Underlying Action in the San Joaquin County Superior Court against George Perry and Sons, Inc. and Paul Gomes.  The Underlying Action Complaint is attached hereto as Exhibit A.  On June 11, 2014, Mattes filed a First Amended Complaint in the Underlying Action. The First Amended Complaint is attached hereto as Exhibit B.

10.     On information and belief, the First Amended Complaint is the operative Underlying Action Complaint.

11.     The Underlying Action First Amended Complaint set forth four causes of action against all the defendants: negligence; negligence per se; intentional misrepresentation and concealment, and negligent misrepresentation.

12.     The Underlying Action First Amended Complaint alleges that the plaintiff, Gary Mattes, rents bee hives for agricultural purposes.  He rented hives to Perry and Gomes beginning in 2009.

13.     It is alleged that Gomes is Perry's agent and manager.

14.     It is alleged that in 2009, 2010, 2011, and 2012 via oral contract, Mattes rented bee hives to Perry to pollinate watermelon and pumpkin crops.  Mattes allegedly was allowed to enter Perry's property to set up the hives.

15.     It is alleged that Perry was also engaged in the use and application of pesticides (by himself and by subcontractors) on these same properties during this same time period.

16.     Mattes allegedly was unaware that pesticides were being used in the vicinity of his bees.  Mattes allegedly learned of the use of the pesticides on April 19, 2013, by a review of pesticide use report filed with San Joaquin's Agricultural Commission.

17.     It is alleged that Perry and his subcontractors negligently applied the pesticides, which were toxic to the bees and despite warning labels indicating the pesticides were not to be applied where bees were foraging, and that the pesticides were "highly toxic to bees."  The misapplication of pesticide is also alleged to violate California Code of Regulation section 6650.

18.    It is alleged that Perry and his subcontractors negligently failed to warn Mattes of the negligent application.

19.    Instead, Gomes, as Perry's agent, represented that pesticides applied in the vicinity of the bees were safe for bees, and would be applied at night and in a way safe for the bees.

20.    It is also alleged that Gomes twice promised, but never provided, a list of the pesticides being applied to the fields.

21.    It is alleged that over a four-year period, Mattes suffered a catastrophic bee loss, culminating in a more than 95 percent die-off in 2012.  It is alleged that the die-offs increased gradually because the toxins built up over time in the bees, eventually reaching a lethal level.

22.    Mattes alleges lost profits, reduced production of honey, losses from the inability to "split" hives, as well as damages incurred to dispose of dead bees and remediating the hives.

## THE NATIONWIDE POLICIES

23.    Plaintiff Nationwide issued the following Farm Policies to George Perry & Sons, Inc. (hereafter, collectively, the "Farm Policies"):

- FPK FMP 78 0 5880755, effective December 1, 2012 to December 1, 2013;
- FPK FMP 78 1 5880755, effective December 1, 2013 to December 1, 2014;
- FPK FMPN 78 2 5880755, effective December 1, 2014 to December 1, 2015; and
- FPK FMPN 78 3 5880755, effective December 1, 2015 to December 1, 2016.

24.    Plaintiff Nationwide issued the following Farm Umbrella Policies to George Perry & Sons, Inc. (hereafter, collectively, the "Farm Umbrella Policies"):

- FPK FAEN 78 0 5880755, effective December 1, 2012 to December 1, 2013;
- FPK FAEN 78 1 5880755, effective December 1, 2013 to December 1, 2014;
- FPK FAEN 78 2 5880755, effective December 1, 2014 to December 1, 2015; and
- FPK FAEN 78 3 5880755, effective December 1, 2015 to December 1, 2016.

## I.    POLICY PROVISIONS RESPECTING INSUREDS

25.    The Farm Policies provide:

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations and any other person or organization qualifying as a Named Insured under this policy.... The word insured means

COMPLAINT FOR DECLARATORY RELIEF

any person or organization qualifying as such under Section C. WHO IS AN INSURED.

26. The Farm Policies' Section C provides:

    **C.  WHO IS AN INSURED**

       1.  If you are designated in the Declarations as:

          a.  An individual, insured means you ...

             ***

          e.  An organization other than a partnership, joint venture, limited liability company or trust, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors....

27. George Perry & Sons, Inc. is the Named Insured in the Declarations to each of the Farm Policies.

28. Paul Gomes is listed in the Additional Named Insured Schedule of the 2014-16 Farm Policies.

29. Section C of the 2012-14 Farm Policies further provides:

       2.  Each of the following is also an insured:

          a.  Your "employees" ... , but only for acts within the scope of their employment by you or while performing duties related to the conduct of your "farming" operations. However, none of these "employees" is an insured for:

             ***

             2)  "Property damage" to property:

                 a)  Owned, occupied or used by; or

                 b)  Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by:

            you, any of your "employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

30. Section C of the 2014-16 Farm Policies further provides:

       2.  Each of the following is also an insured:

    a.    Your "farm employees" ..., but only for acts that cause "bodily injury", "property damage", or "personal and advertising injury" to someone other than you, your partners or members (if you are a partnership or joint venture), your members (if you are a limited liability company), or a co-employee; and are within the scope of the employee's employment by you or while performing duties related to the conduct of your "farming" operations. However, none of these "farm employees" or "residence employees'' is an insured for:

***

    2)    "Property damage" to property:

        a)    Owned occupied or used by; or

        b)    Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by:

You, any of your "farm employees", your "residence employees ", any partner or member (if you are a partnership or join/venture); any member of manager (if you are a limited liability company) or any "executive officer " and director. ...

31.    The Definitions section of the Farm Policies provides:

"Executive officer" means a person holding any of the officer positions created by your charter constitution, by-laws or any other similar governing document.

32.    The Definitions section of the 2012-14 Farm Policies provides:

"Employee" includes a "leased worker".  "Employee" does not include a "temporary worker".

"Farming" means the operation of an agricultural or aquaculture enterprise. Sales from "farming" operations are primarily wholesale as opposed to retail. Retail marketing is limited to incidental sales of your unprocessed farm production sold by you with the resulting gross income being a minor portion of your combined "farming" gross income.

33.    The Definitions section of the 2014-16 Farm Policies provides:

"Farm employee" means any insured's employee whose duties are principally in connection with the maintenance or use of an "insured location" as a farm. These duties include the maintenance or use of that insured's farm equipment. "Farm employee" includes a "leased worker". But "farm employee" does not mean a "residence employee" or any employee while engaged in an in insured's "business".

"Business" means to trade, profession, occupation, enterprise or activity, other than "farming", which is engaged in for the purpose of monetary compensation or other compensation.

"Farming" means the operation of an agricultural or aquaculture enterprise, and includes the operation of roadside stands, on your farm premises, maintained solely for the sale of farm products produced principally by you. Unless specifically indicated in the Declarations, "farming" does not include:

    a.    Retail activity other than that described above; or

    b.    Mechanized processing operations.

           Sales from "farming" operations are primarily wholesale as opposed to retail. Retail marketing is limited to incidental sales of your unprocessed farm production sold by you with the resulting gross income being a minor portion of your combined "farming" gross income.

"**Insured location**" means:

    a.    The farm premises (including grounds and private approaches) and "residence premises" in the Declarations;

           \*\*\*

    c.    Premises used by you in conjunction with the premises included in a. or b. above;

           \*\*\*

    e.    Vacant land owned by or rented to an insured.

34.    The Farm Umbrella Policies provide:

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations and any other person or organization qualifying as a Named Insured under this policy.

35.    The Definitions section of the 2012-13 Farm Umbrella Policy provides:

    B.    Applicable to Coverage A Only

        As used in Coverage A:

           \*\*\*

        2.    "Insured" means:

           a.    the Named Insured stated in the Declarations;

           b.    any person or organization included as an "insured" in "underlying insurance";

           \*\*\*

       C.      Applicable to Coverage B Only

       As used in Coverage B:

              ***

       8.    "Insured" means:

           a.    If you are:

              l)    An individual, you and your spouse, but only with respect to the conduct of a business of which you are the sole owner.

              ***

           d.    any "executive officer", director, "employee" or stockholder of yours while acting within the scope of their duties as such.

36.    The Definitions section of the 2013-16 Farm Umbrella Policies provides:

       B.      Applicable to Coverage A Only

       As used in Coverage A:

              ***

       2.    "Insured" means:

           a.    the Named Insured stated in the Declarations;

           b.    any person or organization, other than an additional insured, included as an "insured" in "underlying insurance"; and

           c.    any additional insured under any policy of "underlying insurance" will automatically be an "insured" under this insurance ...

              ***

       B.      Applicable to Coverage B Only

       As used in Coverage B:

               ***

       7.    "Insured" means:

           a.    If you are designated in the Declarations as:

1
2
   1) An individual, you and your spouse, but only with respect to the conduct of a business of which you are the sole owner.

3
     ***

4
5
6
   4) An organization other than a partnership, joint venture or limited liability company, your "executive officers" and directors, but only with respect to their duties as officers or directors....

     ***

7
8
9
  d. Your "employees" ... , but only for acts within the of their employment by you or while performing duties related to the conduct of your business ....

10
37. The Definitions section of the Farm Umbrella Policies provides:

11
12
Underlying insurance" means the policy or policies of insurance listed in the Schedule of Underlying Insurance forming a part of this policy, including any type of self-insurance or alternative method by which the "insured" arranges for funding of legal liabilities that affords coverage that this policy covers....

13
14
15
"Executive officers" means a person holding any of the officer positions created by your charter, constitution, by laws or any other similar governing document.

"Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

16
17
38. The Farm Umbrella Policies contain Coverage Endorsements, which provide:

18
**FARM UMBRELLA LIABILITY COVERAGE ENDORSEMENT**

19
This endorsement modifies insurance provided under the following:

20
COMMERCIAL UMBRELLA LIABILITY COVERAGE ENDORSEMENT

21
22
Subject to the provisions of this endorsement, insurance under the Commercial Umbrella Liability Policy applies with respect to liability arising out of the "insured's" farming operations and personal activities.

23
39. The Farm Umbrella Policies' Coverage Endorsements amend the Policies'

24
definition of "insured" applicable to Coverage B of the Farm Umbrella policies:

25
26
  C DEFINITIONS – Applicable to Coverage B Only is amended to add the following definitions.

   As used in Coverage B:

27
     ***

28

6.    "Insured"- With respect to this endorsement, "Insured" means:

        a.    If you are:

            1)    An individual, "insured" means you....

                   \*\*\*

            5)    An organization other than a partnership, joint venture, limited liability company or trust, you are an "insured". Your "executive officers" and directors an "insureds", but only with respect to their duties as your officers or directors....

40.    The 2012-14 Farm Umbrella Policies' Coverage Endorsements provide:

    6.    "Insured" - With respect to this endorsement. "Insured" means:

                   \*\*\*

        b.    Each of the following is also an "insured":

            1)    Your "employees" ..., but only for acts within the scope of their employment by you or while performing duties relating to the conduct of your "farming" operations. However, none of these "employees" is an insured for:

                   \*\*\*

            b)    "Property damage" to property:

                i)    Owned, occupied or used by; or

                ii)    Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by:

            you, any of your "'employees", any partner or member (if 'you are a partnership or joint venture) or any member (if you are a limited liability company).

41.    The 2012-14 Farm Umbrella Policies' Coverage Endorsement amends Coverage B to add the following definition:

    Farming" means the operation of an agricultural or aquaculture enterprise. Sales from "farming'' operations are primarily wholesale as opposed to retail. Retail marketing is limited to incidental sales of your unprocessed farm production sold by you with the resulting gross income being a minor portion of your combined "farming" gross income.

42.    The 2014-16 Farm Umbrella Policies' Coverage Endorsements provide:

    5.    "Insured" - With respect to this endorsement, "Insured" means:

COMPLAINT FOR DECLARATORY RELIEF

\*\*\*

    b.    Each of the following is also an ''insured'':

        1)    Your "farm employees" ... , but only for acts that cause "bodily injury", "property damage", or ''personal injury" to someone other than you, your partners or member (if you are a partnership or joint venture), your members (if you are a limited liability company), or a co-employee; and are within the scope of the employee's employment by you or while performing duties related to the conduct of your "farming" operations. However, none of these "employees" is an insured for:

\*\*\*

        b)    "Property damage" to property:

            i)    Owned, occupied or used by; or

            ii)    Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by:

you, any of your "farm employees", "residence employees", any partner or member (if you are a partnership or joint venture), or any member or manager (if you are a limited liability company) or any "executive office" and director.

43.    The 2014-16 Farm Umbrella Policies' Coverage Endorsement amends Coverage B to add the following definition:

"Farming" means the operation of an agricultural or aqua-cultural enterprise, and includes the operation of roadside stands, on your farm premises, maintained solely for the sale of farm products produced principally by you. Unless specifically indicated in the Declarations, "farming" does not include:

a.    Retail activity other than that described above; or

b.    Mechanized processing operations.

Sales from "farming" operations are primarily wholesale as opposed to retail. Retail marketing is limited to incidental sales of your unprocessed farm production sold by you with the resulting gross income being a minor portion of your combined "farming" gross income.

## II.    FARM POLICIES' PROVISIONS

### A.    Insuring Agreement

44.    The Farm Policies' Coverage H Insuring Agreement provides:

a.     We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies.

\*\*\*

We may, at our discretion, investigate any "occurrence" and settle any claims or "suit" that may result. But:

1)     The amount we will pay for damages is limited as described in Section D LIMITS OF INSURANCE OF INSURANCE: and

2)     Our right and duty to defend end when we have used up the applicable Limit of Insurance in the payment of judgment or settlements under Coverages H or I or medical expenses under Coverage J.

45.   The 2012-14 Farm Policies' Coverage H Insuring Agreement further provides:

b.     This insurance applies to "bodily injury" and "property damage only if.·

1)     The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the ''coverage territory";

2)     The "bodily injury" or ''property damage" occurs during the policy period; and

3)     Prior to the policy period, no insured listed under Paragraph I. of Section C. WHO IS AN INSURED and no "employee" authorized by you lo give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part.  If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

46.   The 2014-16 Farm Policies' Coverage H Insuring Agreement further provides:

b.     This insurance applies to "bodily injury" or "property damage" only if:

1)     The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

2)     The "bodily injury" or "property damage" first occurs during the policy period;

3)     The "bodily injury" or ''property damage" arises out of "personal activities" or out of operations usual or incidental to "farming", and

4)   Prior to the policy period, m insured listed under Paragraph 1. of Section C. WHO IS AN INSURED and no "farm employee" or "residence employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "properly damage  had occurred, in whole or in part. If such a listed insured or authorized farm employee" or "residence employee" knew prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury;" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

47.   The Farm Policies' Coverage H Insuring Agreement further provides:

c.   "Bodily Injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section C. WHO IS AN INSURED or any "employee" authorized to you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

d.   "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when an insured listed under Paragraph 1. of Section C. WHO IS AN INSURED or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

1)   Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

2)   Receives a written or verbal demand or claim for damages because of the "bodily injury" of "property damages"; or

3)   Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

48.   The 2014-16 Farm Policies replace the term "employee" with the phrase "farm employee" or "residence employee" in subsections c. and d., cited immediately above.

49.   The Farm Policies contain the following definitions:

"Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

"Property damage" means:

a.   Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the Lime of the physical injury that caused it; or

b.      Loss of use of tangible property that is not physically injured.  All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

**B.      Exclusions**

**1.      "Expected or Intended Injury" Exclusion**

50.    The 2012-14 Farm Policies contain the following exclusion, applicable to Coverage H:

This insurance does not apply to:

a.      Expected Or Intended Injury

"Bodily injury" or "property damage" which is expected or intended by the insured. This exclusion applies even if the resulting "bodily injury" or "property damage":

1)      Is of a different kind, quality or degree than initially expected or intended; or

2)      Is sustained by a different person, organization, real property or personal property than that initially expected or intended....

51.    The 2014-16 Farm Policies contain the following exclusion, applicable to Coverage H:

This insurance does not apply to:

a.      **Expected Or Intended Injury**

"Bodily injury" or "property damage" which is expected or intended from the standpoint of any insured even if the resulting "bodily injury" or "property damage":

1)      Is of a different kind, quality or degree than initially expected or intended; or

2)      Is sustained by a different person, organization, real property or personal property than that initially expected or intended.

**2.      Pollution Exclusion**

52.    The Farm Policies contain the following exclusion, applicable to Coverage H:

This insurance does not apply to:

\*\*\*

i.      Pollution

1         1)     "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants";

             a)     At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured....

***

             d)     At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor....

53.    The 2014-16 Pollution Exclusion further provides:

Section i. 1). a) - e) applies whether the "pollutants" are applied or released upon crops, soil, land, air or water; whether the "pollutants" are applied or released intentionally or accidentally; and regardless of the number of persons injured or the amount of property damaged.

54.    The 2012-14 Farm Policies contain the following definition:

"Pollutants " means any solid, liquid, gaseous or thermal irritant or contaminant, including but not limited to smoke, vapor, soot, fumes, acids, alkalis, petroleum products and their derivatives, chemicals and waste. Such irritants or contaminants are "pollutants" whether or not they have any function in your operations, premises, sites or locations. Waste includes but is not limited to materials to be recycled, reconditioned or reclaimed and livestock, poultry or other animal excrement.

55.    The 2014-16 Farm Policies contain the following definition:

"Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant including but not limited to pesticides, herbicides, insecticides, agricultural dust, smoke, vapor, soot, fumes or odors, acids, alkalis, petroleum products and their derivatives, chemicals (including those applied or intended for application to soil, crops, water or livestock) and waste. Such irritants or contaminants are "pollutants" whether or not they have any function in your operations, premises, sites or locations, and whether they are applied or released intentionally or by accident. Waste includes but is not limited to materials to be recycled, reconditioned or reclaimed and livestock, poultry or other animal excrement.

**3.    Release or Discharge from Aircraft Exclusion**

56.    The Farm Policies contain the following exclusion, applicable to Coverage H:

This insurance does not apply to:

\*\*\*

j.      **Release or Discharge From Aircraft**

"Bodily Injury" or "property damage" caused by or resulting from any substance released or discharged from an aircraft.

4.      **Damage to Property Exclusion**

57.     The 2012-14 Farm Policies contain the following exclusion, applicable to Coverage H:

This insurance does not apply to:

\*\*\*

v.      Damage to Property

"Property damage" to:

1)      Property you own, rent or occupy;

\*\*\*

3)      Property loaned to you;

4)      Personal property in the care, custody or control of the insured.

58.     The 2014-16 Farm Policies contain the following exclusion, applicable to Coverage H:

This insurance does not apply to:

\*\*\*

v.      **Damage To Property**

"Property damage" to:

\*\*\*

2)      Property any insured rents or occupies including any costs or expenses incurred by you or any other person, organization or entity for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

\*\*\*

4)      Property loaned to any insured;

5)     Personal property in the care, custody or control of any insured.

**5.    Breach of Contract Exclusion**

59.    The 2012-14 Farm Policies contain the following exclusion, applicable to Coverage H and part of the policies' California Amendatory Endorsement:

A.    Under Section A. Coverage, the following exclusion is added to **Coverage H- Bodily Injury And Property Damage Liability and Coverage I- Personal And Advertising Injury Liability**:

This insurance, including any duty we have to defend "suits", does not apply to:

Breach of Contract

"Bodily injury", "property damage" or "personal and advertising injury" that arises out of or is a result of any breach of a written or oral contract, any breach of any other written or oral agreement, or any breach of an express or implied warranty.

60.    The 2014-16 Farm Policies contain the following exclusion, applicable to Coverage H:

This insurance does not apply to:

\*\*\*

dd.    **Breach of Contract**

"Bodily injury" or "property damage" arising out of or as a direct result of any alleged or actual breach of a written or oral contract, agreement, or any express or implied warranty.

**C.    Coverages Provided by Endorsement**

**1.    Aircraft Dusting, Spraying, or Seeding by Independent Contractor Coverage Endorsement**

61.    The Farm Policies provide, by endorsement:

**AIRCRAFT DUSTING, SPRAYING OR SEEDING BY INDEPENDENT CONTRACTOR COVERAGE ENDORSEMENT**

This endorsement modifies insurance provided under the following:

FARM LIABILITY COVERAGE FORM

A.    **OPERATION OF THE ENDORSEMENT**

This endorsement provides limited exceptions to Exclusions, of Section A. COVERAGE, Coverage H - Bodily Injury and Property

Damage Liability. This endorsement provides liability coverage for a "covered agricultural aircraft incident" as described in this endorsement.

B.   **EXCLUSIONS AMENDED**

1.   Under Section A. COVERAGES, Coverage H- Bodily Injury and Property Damage Liability, 2. Exclusions; Exclusion i. Pollution, paragraph (1) is amended to add the following:

This exclusion does NOT apply to "bodily injury" or "property damage" that arises out of and is the direct result of a "covered agricultural aircraft incident. "

2.   Under Section A. COVERAGES, Coverage H -Bodily Injury and Property Damage Liability, 2. Exclusions, Exclusions j. Release Or Discharge From Aircraft, is deleted

C.   **DEFINITIONS**. As used in this endorsement:

1.   "**Covered agricultural aircraft incident**", except as further limited in paragraphs a through g. of this definition, means the following:

"Bodily injury" or "property damage" that arises out of and is the direct result of the release, discharge or escape of any "covered substances" from an aircraft, including the accidental over spray, misapplication or drift of any such "covered substances" that occurs during lawful aircraft dusting, spraying or seeding operations performed by an independent contractor at an "insured location".

However, a "covered agricultural aircraft incident" does NOT include:

a.   "Bodily injury" or "property damage" arising out of operations which:

(1)   Are performed by an unlicensed or improperly licensed contractor;

(2)   Are performed at a time or place prohibited by a federal, state or local authority; or

(3)   Involve the use of a substance prohibited by a federal, state or local authority.

b.   "Property damage ", or any other injury or damage, to any farm products or crops you, or someone on your behalf, grows, handles, processes, stores, sells, distributes, transports, or uses;

c.   Any indirect or consequential injury or damages, such as a loss, at any lime, of a market for crops or animals, or loss of use of soil or animals;

d.  "Bodily injury", "property damage", or any other injury or damage, arising out of, or which would not have occurred in whole or in part but for, the actual alleged or threatened contamination by any "covered substance" of any natural or man-made watercourse, body of running or stagnant water, whether above or below ground, any well, spring, ground water, aquifer, or any reservoir or other water storage facility, tank or receptacle of any kind;

e.  "Bodily injury ", "property damage" or any other injury or damage, sustained or claimed by any person or organization, which arises out of, or is a result of, or is in any way connected with, such person's or organization's work for, contract or agreement with, or participation in providing or performing services or operations for or on behalf of, any insured, involving aircraft dusting, spraying or seeding operations;

f.  Any loss, cost or expense, fine, penalty, assessment, aware or judgment arising out of any:

*** 

(3)  Failure to comply with any statute, regulation, ordinance, directive or order relating to the actual, alleged or threatened discharge, dispersal, seepage, migration, release, escape, use, presence or existence of any "covered substances";

g.  "Bodily injury", "property damage" or any other injury or damage excluded by any exclusion in 2. Exclusions, of Section A. COVERAGES, Coverage H - Bodily Injury and Property Damage Liability, other than as specifically excepted by this endorsement.

2.  "**Covered substances**" means:

a.  "Farm chemical" that are governmentally approved;

b.  Seeds; and

c.  Any lawful substance necessary for, or incidental to, the proper operation of an aircraft during aircraft dusting, spraying or seeding operations normal and usual to the operation of a farm.

3.  "**Farm chemicals**" means pesticides, herbicides. insecticides, poisons, fertilizers, plant nutrients and similar chemical compounds used to increase the yield of farm products or crops, to kill or control pests, rodents or insects, or to kill or control weeds.

62.     The 2012-13 Farm Policy's Aircraft Dusting, Spraying, or Seeding by Independent Contractor Coverage is subject to a $5,000 limit.

63.     The 2012-13 Farm Policy's Aircraft Dusting, Spraying, or Seeding by Independent Contractor Coverage further provides:

D.      **ADDITIONAL CONDITIONS**

1.      Regardless of the number of insureds, claims made, persons injured, or property damaged, the most we will pay for all damages resulting from any one "occurrence" covered by this endorsement is $5,000.

2.      This insurance shall be excess insurance over any of her collectible insurance available lo the Named Insured.

**2.      Limited Farm Chemical Application Coverage Endorsement – 2012-14 Policies**

64.     The 2012-14 Farm Policies provide, by endorsement:

LIMITED FARM CHEMICAL APPLICATION
COVERAGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

Farm Liability Coverage Form

A.      **OPERATION OF THE ENDORSEMENT**

This endorsement provides a limited exception to Exclusion i. Pollution, under 2. Exclusions, of Section A COVERAGES. Coverage H - Bodily Injury and Properly Damage Liability. This endorsement provides limited coverage only for a "covered farm chemical application incident" as defined in this endorsement.

B.      **LIMITED FARM CHEMICAL APPLICATION COVERAGE**

Under Section A. COVERAGES. Coverage H - Bodily Injury and Property Damage Liability, 2. Exclusions, Exclusion i. Pollution, Paragraph 1) is amended to add the following:

Paragraph 1) of this exclusion does NOT apply to "bodily injury" or "property damage" that arises out of and is the direct result of a "covered farm chemical application incident".

C.      **DEFINITIONS**. As used in this endorsement:

1.      "**Covered farm chemical application incident**", except as further limited in section D.

Exclusions of this endorsement, means the following:

"Bodily injury" or "property damage" that arises out of and is the direct result of the accidental discharge, dispersal, seepage, migration, release or escape of "pollutants" during a lawful and proper application to growing crops by some means, other than the use of an aircraft, of "farm chemicals" governmentally approved for application to such, vowing crops at or from any premises that you own, lease or rent and to which this Coverage Form applies.

2.  "Farm chemicals" means pesticides, herbicides, insecticides, poisons, fertilizers, plants, nutrients and similar chemical compounds used to increase the yield of farm products or crops, to kill, repel or control pests, rodents or insects, or to kill or control weeds.

D.  **EXCLUSIONS**

A "covered farm chemical application incident" does NOT include:

1)  "Property damage", or any other injury or damage, to any farm products or crops you, or someone on your behalf, grows, handles, processes, stores, sells, distributes, transports or uses, anywhere, at any time, under any circumstances;

2)  "Bodily injury", "property damage", or any other injury damage, that arises out of or is a result of the storage, transport, use, presence or existence anywhere, at any time, under any circumstances, of any "farm chemicals" not governmentally approved for current use, or which are no longer fit for the original purposes or uses for which they were intended;

\*\*\*

4)  "Bodily injury" or "property damage", or any other injury or damage, sustained or claimed by any person or organization, which arises out of or is a result of or is in any way connected with, such person's or organization's work for, contract or agreement with, or participation in providing or performing services or operations for or on behalf of, any insured, involving the application, storage, transport, spraying, handling, or other use of any kind, of any "farm chemicals"; or

5)  "Bodily injury", "property damage", or any other injury or damage excluded by any exclusion in Section A. COVERAGES. 2. Exclusions of Coverage H - Bodily Injury or Property Damage Liability, other than as specifically excepted by this endorsement.

**3.  Limited Pollution Coverage – Buy Back Endorsement**

65.  The 2012-14 Farm Policies provide, by endorsement:

**LIMITED POLLUTION COVERAGE -
BUY BACK ENDORSEMENT**

This endorsement modifies insurance provided under the following:

FARM LIABILITY COVERAGE FORM

COMPLAINT FOR DECLARATORY RELIEF

A.      **OPERATION OF THE ENDORSEMENT**

This endorsement provides a limited exception to Exclusion i. Pollution, under 2. Exclusions of Section A. COVERAGES. Coverage H – Bodily Injury and Property Damage Liability. This endorsement provides limited coverage only for a "covered pollution incident" as defined in this endorsement.

B.      **LIMITED POLLUTION COVERAGE**

Under Section A. COVERAGES, Coverage H - Bodily Injury and Property Damage Liability, 2. Exclusions, Exclusion i. Pollution is amended as follows:

1.      Paragraph 1) is amended to add the following:

Paragraph 1) of this exclusion does NOT apply to "bodily injury" or "property damage" that arises out of and is the direct result of a "covered pollution incident".

\*\*\*

C.      **DEFINITIONS**. As used in this endorsement.

1.      "Covered pollution incident''', except as further limited in Section D. Exclusions of this endorsement, means the following:

a.      "Bodily injury" or "property damage" that arises out of and is the direct result of the accidental discharge, dispersal, seepage, migration, release or escape of "pollutants ", during a lawful and proper spraying by hand application of governmentally approved "farm chemicals" immediately in and around your "residence premises", farm buildings, outbuildings or other farm structures, at any premises that you own, lease or rent and to which this Coverage Form applies, provided that such spraying is:

1)      For the purpose of killing, repelling or controlling pests, rodent or insects; or

2)      For the purpose of killing or controlling weeds;

and further provided that the specific applications described in 1) and 2) above, exclusively use "farm chemicals" governmentally approved for such applications;

2.      "**Farm chemicals**" means pesticides, herbicides, insecticides, poisons, fertilizers, plant nutrients and similar chemical compounds used to increase the yield of farm products or crops, to kill, repel or control pests, rodents or insects, or to kill or control weeds.

D.      **EXCLUSIONS**

A.      "covered pollution incident" does NOT include:

1)      "Property damage", or any other injury or damage, to any farm products or crops you, or someone on your behalf grows,

handles, processes, stores, sells, distributes, transports, or uses, anywhere, at any time, under any circumstances;

2) "Bodily injury", "property damage", or any other injury or damage, that arises out of or is a result of the storage, transport, use, presence or existence anywhere, at any time, under any circumstances, of any ''farm chemicals" not governmentally approved for current use, or which are no longer fit for the original purposes or uses for which they were intended;

\*\*\*

4) "Bodily injury", "property damage", or any other injury or damage, sustained or claimed by any person or organization, which arises out of or is the result of or is in any way connected with, such person's or organization's work for, contract or agreement with, or participation in providing or performing services or operations for or on behalf of any insured, involving the application, storage, transport, spraying, handling, or other use of any kind, of any "farm chemicals"; or

5) "Bodily injury", "property damage", or any other injury or damage excluded by any exclusion in Section A. COVERAGES. 2. Exclusions of Coverage H – Bodily Injury and Property Damage Liability, other than as specifically excepted by this endorsement.

66.     The 2014-16 Farm Policies provide, by endorsement:

**LIMITED FARM POLLUTION LIABILITY
COVERAGE ENDORSEMENT**

This endorsement modifies insurance provided under the following:

FARM LIABILITY COVERAGE FORM

The following coverages are included only when a Limit of Insurance is identified on Form 8111 (Additional Endorsement Information) on this policy.

A.     **COVERAGE**

**PART 1 – CHEMICAL APPLICATION, STORAGE, AND NON-"AUTO" TRANSPORTATION LIABILITY COVERAGE**

1.     **OPERATION OF THE ENDORSEMENT**

This endorsement provides a limited exception to Exclusion i. Pollution, under 2. Exclusions, of Section A. **COVERAGES, COVERAGE H -BODILY INJURY AND PROPERTY DAMAGE LIABILITY**. This endorsement provides limited coverage only for a "covered farm chemical application incident" as defined under **PART 1 – CHEMICAL APPLICATION, STORAGE, AND NON-"AUTO" TRANSPORTATION LIABILITY COVERAGE** on Form 8111 (Additional Endorsement Information) of this policy.

2.   **LIMITED FARM CHEMICAL APPLICATION COVERAGE**

Under Section A. **COVER.4GES, COVERAGE H -BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, 2. **EXCLUSIONS**, Exclusion i. Pollution, Paragraph 1) are amended to add the following:

Paragraph 1) of this exclusion does NOT apply to "**bodily injury**" or "**property damage**" that arises out of and is the direct result of a "**covered farm chemical application incident**".

3.   **EXCLUSIONS**

A "**covered farm chemical application incident**" does NOT include:

a.   "**Property damage**", or any other injury or damage, to any farm products or crops you, or someone on your behalf grows, handles, processes, stores, sells, distributes, transports or uses, anywhere, at any time, under any circumstances;

b.   "**Bodily injury**", "**Property damage**", or any other injury or damage, that arises out of or is a result of the storage, transport, use, presence or existence anywhere, at any time, under any circumstances, of any "**agricultural chemicals, liquids or gases**" not governmentally approved for current use, or which are no longer fit for the original purposes or uses for which they were intended;

***

d.   "**Bodily injury**", "**Properly damage**", or any other injury or damage, sustained or claimed by any person or organization which arises out of or is a result of, or is in any way connected with, such person's or organizations work for, contract or agreement with, or participation in providing or performing services or operations for or on behalf of, any insured, involving the application, storage, transport, spraying, handling or other use of any kind, of any "**agricultural chemicals, liquids or gases**"; or

e.   "**Bodily injury**", "**Property damage**" or any injury or damage excluded by any exclusion in Section A. **COVERAGES, 2. EXCLUSIONS of COVERAGE H-BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, other than as specifically excepted by this endorsement.

4.   **LIMITS OF INSURANCE**

With respect to "**bodily injury**" or "**property damage**" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "**pollutants**":

a.   Subject to the each Occurrence Limit shown in the Declarations and included under paragraph 2. of Section D. **LIMITS OF INSURANCE, the PART 1- CHEMICAL**

**APPLICATION, STORAGE, AND NON-"AUTO" TRANSPORTATION LIABILITY COVERAGE** Occurrence Limit shown on Form 8111 (Additional Endorsement Information) of this policy is the most we will pay for the sum of

    1)    Damages under Coverage H; and

    2)    Medical expenses under Coverage J for any one "occurrence".

b.    The following is added to Section D. **LIMITS OF INSURANCE**:

The PART 1 - **CHEMICAL APPLICATION, STORAGE, AND NON-"AUTO" TRANSPORTATION LIABILITY COVERAGE** Aggregate Limit shown on form 8111 (Additional Endorsement Information) of this policy is the most we will pay for the sum of

    1)    Damages under Coverage H; and

    2)    Medical expenses under Coverage J;

regardless of the number of insured's, claims made or "suits" brought, or persons or organizations making claims or bringing "**suits**".

\*\*\*

d.    Under no circumstances shall the Limit of Insurance under this endorsement be used to cover accidents which happen outside this policy period.

5.    **OPTIONAL AWAY FROM PREMISES COVERAGE**

When Away From Premises Coverage is indicated "Yes" under PART 1- **CHEMICAL APPLICATION, STORAGE AND NON-"AUTO" TRANSPORTATION LIABILITY COVERAGE** on Form 8111 (Additional Endorsement Information) of this policy, the definition for "Covered farm chemical application incident" is deleted and replaced with the following:

a.    "Covered farm chemical application incident", except as further limited in Part I, Section 2. **LIMITED FARM CHEMICAL APPLICATION COVERAGE** of this endorsement above, means the following:

"Bodily injury" or "**property damage**" that arises out of and is the direct result of the accidental discharge, dispersal, seepage, migration, release or escape of "**pollutants**" during a lawful and proper application of farm chemicals governmentally approved for application on, at, or from any premises to which this Coverage Form applies:

COMPLAINT FOR DECLARATORY RELIEF

1)  to crop ground by some means other than the use of an aircraft; or

2)  by spraying immediately in and around your "residence premises", farm buildings, outbuildings or other farm structures provided that such spraying is:

a)  For the purpose of killing, repelling or controlling pests, rodents or insects; or

b)  For the purpose of killing or controlling weeds....

C.  **DEFINITIONS**

1.  "Covered farm chemical application incident", except as further limited in Part 1. Section 2, **LIMITED FARM CHEMICAL APPLICATION COVERAGE** of this endorsement above means the following:

"**Bodily injury**" or "**property damage**" that arises out of and is the direct result of the accidental discharge, dispersal, seepage, migration, release or· escape of   "**pollutants**" during a lawful and proper application of farm chemicals governmentally approved for application on, at, or from any premises that you own, lease or rent and to which this Coverage Form applies:

a.  to crop ground by some means other than the use of an aircraft; or

b.  by spraying immediately in and around your "**residence premises**", farm buildings, outbuildings or other farm structures provided that such spraying is:

1)  For the purpose of killing, repelling or controlling pest, rodents or insects; or

2)  For the purpose of killing or controlling weeds.

\*\*\*

2.  "**Agricultural chemicals, liquids or gases**" means pesticides, herbicides, insecticides, poisons, fertilizers, plant nutrients and similar chemical compounds used to increase the yield of farm products or crops, to kill, repel or control pests, rodents or insects, or to kill or control weeds; and petroleum products used to operate farm machinery and vehicles. It does not include waste or animal byproducts being transported or stored for disposal, recycling, reconditioning or reclaiming

67.  The 2014-16 Schedule for Limited Farm Pollution Liability Coverage Endorsements provide that there is a $1 million occurrence limit; a $1 million aggregate limit applying to Part 1,

Chemical Application, Storage and Non-auto Transportation Liability Coverage, and Non-Auto Transportation Liability Coverage; and a $1 million "Total Endorsement Coverage Aggregate (Subject to Policy Aggregate)."

**D.    Other Insurance Condition**

68.    The 2012-14 Farm Policies provide, by endorsement:

**AMENDED OTHER INSURANCE**
**FARM LIABILITY GENERAL CONDITIONS**

This endorsement modifies insurance provided under the following:

FARM LIABILITY COVERAGE FORM

B.    The Section E. 6 Other Insurance Farm Liability General Condition is deleted and replaced with the following:

    6.    **Other Insurance**

        a.    If there is any other liability insurance under any other policy:

            1)    Issued by another insurer, or self-insurance or similar protection, that applies to a loss covered by Coverage H or I of this Coverage Form, then Coverage H or I shall be excess over that other insurance.

            2)    Issued by us or any of our affiliate companies, that applies to a loss covered by this Coverage Form, then only the highest applicable Limit of Insurance shall apply to such loss. This condition does not apply to any policy issued by us which provides Excess or Umbrella liability insurance.

69.    The 2014-16 Farm Policies provide, by endorsement:

The following conditions apply in addition to the Common Policy Conditions:

***

    6.    **Other Insurance**

This condition applies only if, in addition to the insurance provided under this Coverage Form, the insured has other insurance under this or any other policy covering the same obligations to pay damages and provide defense against "suits" for damages.

        a.    We will pay only the proportion of covered damages and related defense costs that the applicable Limit of Insurance under this Coverage Form bears to the total amount of all your insurance providing the same coverage, in covered "occurrences" arising from any cause except the ownership, maintenance, use, operation or "loading or unloading" of a:

1)      "Auto";

2)      "Recreational vehicle";

3)      Vehicle which qualifies as "mobile equipment" only while used on premises you own or rent; or

4)      Watercraft.

## III.   THE FARM UMBRELLA POLICIES

### A.      Coverage A – Excess Follow Form Liability Insurance

#### 1.      Insuring Agreement

70.     The Farm Umbrella Policies' Coverage A Insuring Agreement provides:

**INSURING AGREEMENTS**

A.      **Coverage A -Excess Follow Form Liability Insurance**

1.      Under Coverage A. we will pay on behalf of the "insured" that part of "loss" covered by this insurance in excess of the total applicable limits of "underlying insurance", provided the injury or offense takes place during the Policy Period of this policy. The terms and conditions of "underlying insurance" are, with respect to Coverage A, made a part of this policy except with respect to:

a.      any contrary provision contained in this policy; or

b.      any provision in this policy for which a similar provision is not contained in "underlying insurance".

2.      With respect to the exceptions stated above, the provisions of this policy will apply.

3.      The amount we will pay for damages is limited as described in Limits of Insurance.

4.      Notwithstanding anything to the contrary contained above, if "underlying insurance" does not cover "loss" for reasons other than exhaustion of an aggregate limit of insurance by payment of claims, then we will not cover such "loss".

71.     The Farm Umbrella Policies contain the following definition:

"Loss" means those sums actually paid in the settlement or satisfaction of a claim which the "insured" is legally obligated to pay as damages because of injury or offense, after making propel proper deductions for oil recoveries and salvage.

**2.      Exclusions**

72.      The Farm Umbrella Policies provide:

B.      **Applicable to Coverage A Only**

The exclusions applicable to the "underlying insurance" also apply to this insurance.

73.      The Farm Umbrella Policies further provide:

Under Coverage A and Coverage B, this insurance does not apply to:

*** 

10.      Punitive Damages

Any punitive or exemplary damages, fines or penalties.

74.      The Farm Umbrella Policies further provide:

Additionally, this insurance does not apply to:

1.      Damage To Property

''Injury or damage'' to:

a.      Property:

1)      You own, rent, or occupy including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property; or

*** 

c.      Property loaned to you;

d.      Personal property in the care, custody or control of the insured.

75.      The Farm Umbrella Policies provide the following definitions applicable to Coverage A:

''Injury or damage'' means any injury or damage covered in the applicable ''underlying insurance'' arising from an ''occurrence''.

''Occurrence'' means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

76.      The Farm Umbrella Policies further provide:

Additionally, this insurance does not apply to:

\*\*\*

3. **Other Than Auto Pollution**

    a.    "Injury or damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants";

        1)    At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured....

\*\*\*

        4)    At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor.

77.    The Farm Umbrella Policies contain the following definition:

"Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

78.    By endorsement, the Farm Umbrella Policies provide:

**FARM UMBRELLA LIABILITY COVERAGE ENDORSEMENT**

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY POLICY

Subject to the provisions of this endorsement, insurance under the Commercial Umbrella Liability Policy applies with respect to liability arising out of the "insured's" farming operations and personal activities.

A.    **EXCLUSIONS Applicable to Coverage A Only** is amended to add the following exclusions.

Under Coverage A, this insurance does not apply to:

1.    Pollution

    a)    Bodily injury, property damage or personal and advertising injury which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants at any time.

Pollutants mean any solid, liquid, gaseous or thermal irritant or contaminant including but not limited to smoke, vapor, soot, fumes, acids, alkalis, petroleum products and their derivatives, chemicals and waste. Such irritants or contaminants are pollutants whether or not they have any function in your operations, premises, sites or locations.

Waste includes, but is not limited to, materials to be recycled, reconditioned or reclaimed and livestock, poultry or other animal excrement.

79.   By endorsement, the Farm Umbrella Policies provide:

**FARM UMBRELLA LIABILITY COVERAGE ENDORSEMENT**

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY POLICY

Subject to the provisions of this endorsement, insurance under the Commercial Umbrella Liability Policy applies with respect to liability arising out of the "insured's "farming operation and personal activities.

A.   **EXCLUSIONS Applicable to Coverage A Only** is amended to add the following exclusions.

Under Coverage A, this insurance does not apply to:

\*\*\*

2.   Release Or Discharge From Aircraft

Bodily injury or property damage caused by or resulting from any substance released or discharged from an aircraft.

B.   **Coverage B – Umbrella Liability Insurance**

1.   **Insuring Agreement**

80.   The Farm Umbrella Policies provide:

**INSURING AGREEMENTS**

\*\*\*

B.   **Coverage B- Umbrella Liability Insurance**

1.   Under Coverage B, we will pay on behalf of the "insured" damages the "insured" becomes legally obligated to pay by reason of liability imposed by law because of "bodily injury", "property damage", or "personal and advertising injury" covered by this insurance which takes place during the Policy Period and is caused by an "occurrence". We will pay such damages in excess of the Retained Limit Aggregate

COMPLAINT FOR DECLARATORY RELIEF

specified in the Declarations or the amount payable by "other insurance", whichever is greater.

\*\*\*

3. The amount we will pay is limited as described in Limits of Insurance.

4. Coverage B will not apply to any loss, claim or "suit" for which insurance is afforded under "underlying insurance" or would have been afforded except for the exhaustion of the limits of insurance of "underlying insurance".

\*\*\*

8. This insurance applies to "bodily injury" and "property damage" only if:

a. The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

b. The "bodily injury" or "property damage" occurs during the "policy period"; and

c. Prior to the "policy period", no "insured" and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed "insured" or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the "policy period" will be deemed to have been known prior to the "policy period".

9. "Bodily injury" or "property damage" which occurs during the "policy period" and was not, prior to the "policy period", known to have occurred by any "insured" or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the "policy period".

10. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any "insured" or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

a. Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

b. Receives a written or verbal demand or claim jar damages because of the "bodily injury" or "property damage"; or

c. Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

81.     The Farm Umbrella Policies contain the following definition, applicable to Coverage B:

"Property damage" means:

a.      physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b.      loss of use of tangible property that is not physically injured All such loss shall be deemed to occur at the time of the "occurrence" that caused if.

"Other insurance" means a policy of insurance affording coverage that this policy also affords. "Other insurance" includes any type of self-insurance or other mechanism by which an "insured" arranges for funding of legal liabilities.

"Other insurance" does not include "underlying insurance" or a policy of insurance specifically purchased to be excess of this policy affording coverage that this policy also affords.

## 2.      Exclusions

82.     The Farm Umbrella Policies contain the following exclusion, applicable to Coverage B and added by endorsements:

This insurance does not apply to:

"Bodily injury" or "property damage" which is expected or intended by the "insured". This exclusion applies even if the resulting "bodily injury" or "property damage":

a.      Is of a different kind, quality or degree than initially expected or intended; or

b.      Is sustained by a different person, organization, real property or personal property than initially expected or intended

However, this exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

83.     The Farm Umbrella Policies contain the following exclusion, applicable to Coverage B:

Under Coverage B, this insurance does not apply to:

2.      Contractual Liability

"Bodily injury" or "property damage" or "personal and advertising injury for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement.

1        This exclusion does not apply to liability for damages that the "insured" would
2        have in the absence of a contract or agreement.

3      84.    The Farm Umbrella policies contain the following exclusion, applicable to

4  Coverage B:

5      Under Coverage B, this insurance does not apply to:

6      8.    Aircraft Or Watercraft

7      "Bodily injury" or "property damage" arising out of the ownership,
8      maintenance, use or entrustment to others of any aircraft or watercraft owned
    or operated by or rented or loaned to any insured. Use includes operation and
9      "loading or unloading".

10      85.    The Farm Umbrella Policies contain the following exclusion, applicable to

11  Coverage B:

12      Under Coverage B. this insurance does not apply to.

13                    \*\*\*

14      9.    Damage To Property

15      "Property damage" to:

16      a.    Property:

17          1)    You own, rent, or occupy, including any costs or expenses
18          incurred by you, or any other person, organization or entity, for
        repair, replacement, enhancement, restoration or maintenance
        of such property for any reason, including prevention of injury
19          to a person or damage to another's property; or ...

20                     \*\*\*

21      c.    Property loaned to you;

22      d.    Personal property in the care, custody or control of the insured.

23      86.    The Farm Umbrella Policies contain the following exclusion, applicable to

24  Coverage B:

25      Under Coverage B, this insurance does not apply to:

26                    \*\*\*

27      15.    Pollution

28

COMPLAINT FOR DECLARATORY RELIEF

a.   "Bodily injury", "property damage" or "personal and advertising injury" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of ''pollutants" at any time ....

87.   The Farm Umbrella Policies contain the following definition:

"Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

88.   The Farm Umbrella Policies contain the following exclusion, applicable to Coverage B and added by endorsement:

### FARM UMBRELLA LIABILITY COVERAGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY POLICY

Subject to the provisions of this endorsement, insurance under the Commercial Umbrella Liability Policy applies with respect to liability arising out of the "insured's" farming operation and personal activities.

\*\*\*

B.   **EXCLUSIONS Applicable to Coverage B Only** is amended to add the following exclusions.

Under Coverage B, this insurance does not apply to:

1.   Contractual Liability

"Bodily injury" or "property damage" for which the "insured" is obligated to pay damages by reason of the assumption of liability in a contract or agreement.

89.   The Farm Umbrella Policies contain the following exclusion, applicable to Coverage B and added by endorsement:

### FARM UMBRELLA LIABILITY COVERAGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY POLICY

Subject to the provisions of this endorsement, insurance under the Commercial Umbrella Liability Policy applies with respect to liability arising out of the "insured's" farming operation and personal activities.

\*\*\*

B.     **EXCLUSIONS Applicable to Coverage B Only** is amended to add the following exclusions.

Under Coverage B, this insurance does not apply to:

\*\*\*

6.     Release Or Discharge From Aircraft

"Bodily injury" or "property damage" caused by or resulting from any substance released or discharged from an aircraft.

90.     The Farm Umbrella Policies contain the following exclusion, applicable to Coverage B and added by endorsement:

**FARM UMBRELLA LIABILITY COVERAGE ENDORSEMENT**

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY POLICY

Subject to the provisions of this endorsement, insurance under the Commercial Umbrella Liability Policy applies with respect to liability arising out of the "insured's" farming operation and personal activities.

\*\*\*

B.     **EXCLUSIONS Applicable to Coverage B Only** is amended to add the following exclusions.

Under Coverage B, this insurance does not apply to:

\*\*\*

13.     Property in the Care, Custody or Control of the Insured

"Property damage" to:

a.     Property owned by, leased or rented to the Named Insured or any member of the Named Insured's household;

\*\*\*

c.     Any property used or occupied by or in the care of any "insured" to the extent the "insured" has agreed to provide insurance

COMPLAINT FOR DECLARATORY RELIEF

**3.      Additional Coverage – Damage to Property of Others – Provided by Endorsement**

91.      The Farm Umbrella Policies provide, by endorsement, the following additional Umbrella Liability Coverage:

**D.      ADDITIONAL COVERAGE - Damage to Property of Others**

Regardless of your legal liability, we will pay up to $50,000 per "occurrence" for "property damage" to property of others caused by an "insured". Our liability for loss resulting from one "occurrence" shall be only for that portion of the loss which exceeds $10,000 for damage to borrowed farm machinery, vehicles and equipment, and $1,000 for all other covered losses under this additional coverage.

This additional coverage does not apply to:

1.      Property owned by, leased or rented to any "insured".

                                             ***

3.      Animals or livestock in the care of any "insured" or for which any "insured" is legally liable, or

4.      Any property used or occupied by or in the care of any "insured" to the extent the "insured" has agreed to provide insurance.

This additional coverage is limited to the same agreements, limitations, exclusions and conditions as provided by the "underlying insurance" shown in Item 4 of the Declarations of this policy except for the Limit of Insurance for this additional coverage.

**4.      Other Insurance Condition**

92.      The Farm Umbrella Policies contain the following condition, applicable to Coverage B:

**CONDITIONS**

**Applicable to Coverage A and Coverage B**

The following Conditions are applicable to both Coverage A and Coverage B.

                                             ***

10.    "Other Insurance"

If "other insurance" applies to claims covered by this policy, the insurance under this policy is excess and we will not make any payments until the "other insurance" has been exhausted by payment of claims. This insurance is not subject to the terms or conditions or any "other insurance".

11.   Other Umbrella Liability Policies

If this policy and any other umbrella liability policy issued to you by us or any affiliated Company apply to the same "occurrence", the total maximum amount payable under all policies shall not exceed the highest applicable limit of liability under any one policy.

### NATIONWIDE'S DEFENSE OF THE UNDERLYING ACTION

93.   Nationwide agreed to defend Perry and Gomes pursuant to a reservation of rights. Nationwide's reservation of rights letters are attached hereto as Exhibit C.

### COUNT I – DECLARATORY RELIEF
### (No Duty to Indemnify Perry and Gomes)

94.   Nationwide incorporates by reference and re-alleges the allegations of paragraphs 1 through 93 as though fully set forth herein.

95.   Nationwide and Perry are parties to the Nationwide policies.

96.   Gomes is or may be a party to one or more of the Nationwide policies.

97.   An actual and justiciable controversy exists between Nationwide on one hand and Perry and Gomes on the other, with respect to the meaning of the Policy and the parties' respective rights, duties and obligations.

98.   The parties disagree regarding, among other issues, the following Nationwide policy provisions and the rights and duties they create:

- To the extent Gomes is not a "Named Insured" under one or more of the Nationwide policies, whether he qualifies as an "insured" or "additional insured";

- Whether "property damage" as the Farm Policies define that term occurred;

- Whether the "property damage" was caused by an "occurrence";

- Whether "property damage" took place during the 2012-14 Farm Policy periods;

- Whether "property damage" first took place during the 2014-16 Farm Policy periods;

- Whether "property damage" took place during the Farm Umbrella Policy periods;

- Whether any listed insured or authorized person knew that "property damage" had occurred prior to the policy period of each respective Farm Policy;

- Whether the Expected or Intended Injury exclusions apply;
- Whether the Pollution exclusions apply;
- Whether the Release or Discharge from Aircraft exclusions apply;
- Whether the Damage to Property exclusions (including but not limited to exclusions for property in the insured's care, custody or control, property rented to the insured, and property loaned to the insured) apply;
- Whether the Breach of Contract exclusions apply;
- Whether punitive or exemplary damages are covered;
- Whether the Farm Policies' Limited Aircraft Dusting, Spraying, or Seeding by Independent Contractor Coverage Endorsement applies;
- Whether the Farm Policies' Limited Farm Chemical Application Coverage Endorsement applies;
- Whether the Farm Policies' Limited Pollution Coverage Buy Back Endorsement applies;
- Whether the Farm Umbrella Policies' Excess, Follow Form Liability Insurance, Coverage A, applies;
- Whether the Farm Umbrella Policies' exclusion for Other Than Auto Pollution applies;
- Whether the Farm Umbrella Policies' exclusion for Contractual Liability applies;
- Whether the Farm Umbrella Policies' exclusion for "'property damage' arising out of the ownership, maintenance , use or entrustment to others of any aircraft … owned or operated by or rented or loaned to any insured" applies;
- Whether the Farm Umbrella Policies exclusion for Property in the Care, Custody or Control of the Insured applies; and
- Whether the Farm Umbrella Policies' Coverage D applies.

99. Nationwide seeks, pursuant to 28 U.S.C. section 2201 and Fed. R. Civ. Proc. 57, a judicial declaration of parties' respective rights, obligations and duties under the Nationwide policies.

COMPLAINT FOR DECLARATORY RELIEF

## COUNT II – DECLARATORY RELIEF
### (No Duty to Defend Perry and Gomes)

100.    Nationwide incorporates by reference and re-alleges the allegations of paragraphs 1 through 99 as though fully set forth herein.

101.    Nationwide and Perry are parties to the Nationwide policies.

102.    Gomes is or may be a party to one or more of the Nationwide policies.

103.    An actual and justiciable controversy exists between Nationwide on one hand and Perry and Gomes on the other, with respect to the meaning of the Policy and the parties' respective rights, duties and obligations.

104.    The parties disagree regarding, among other issues, the following Nationwide policy provisions and the rights and duties they create:

- To the extent Gomes is not a "Named Insured" under one or more of the Nationwide policies, whether he qualifies as an "insured" or "additional insured";

- Whether "property damage" as the Farm Policies define that term occurred;

- Whether the "property damage" was caused by an "occurrence";

- Whether "property damage" took place during the 2012-14 Farm Policy periods;

- Whether "property damage" first took place during the 2014-16 Farm Policy periods;

- Whether "property damage" took place during the Farm Umbrella Policy periods;

- Whether any listed insured or authorized person knew that "property damage" had occurred prior to the policy period of each respective Farm Policy;

- Whether the Expected or Intended Injury exclusions apply;

- Whether the Pollution exclusions apply;

- Whether the Release or Discharge from Aircraft exclusions apply;

- Whether the Damage to Property exclusions (including but not limited to exclusions for property in the insured's care, custody or control, property rented to the insured, and property loaned to the insured) apply;

- Whether the Breach of Contract exclusions apply;

COMPLAINT FOR DECLARATORY RELIEF

1       •       Whether punitive or exemplary damages are covered;

2       •       Whether the Farm Policies' Limited Aircraft Dusting, Spraying, or Seeding by

3               Independent Contractor Coverage Endorsement applies;

4       •       Whether the Farm Policies' Limited Farm Chemical Application Coverage

5               Endorsement applies;

6       •       Whether the Farm Policies' Limited Pollution Coverage Buy Back Endorsement

7               applies;

8       •       Whether the Farm Umbrella Policies' Excess, Follow Form Liability Insurance,

9               Coverage A, applies;

10      •       Whether the Farm Umbrella Policies' exclusion for Other Than Auto Pollution

11              applies;

12      •       Whether the Farm Umbrella Policies' exclusion for Contractual Liability applies;

13      •       Whether the Farm Umbrella Policies' exclusion for "'property damage' arising out

14              of the ownership, maintenance , use or entrustment to others of any aircraft …

15              owned or operated by or rented or loaned to any insured" applies;

16      •       Whether the Farm Umbrella Policies exclusion for Property in the Care, Custody or

17              Control of the Insured applies; and

18      •       Whether the Farm Umbrella Policies' Coverage D applies.

19      105.    Nationwide seeks, pursuant to 28 U.S.C. section 2201 and Fed. R. Civ. Proc. 57, a

20  judicial declaration of parties' respective rights, obligations and duties under the Nationwide

21  policies, including that Nationwide is entitled to withdraw from its defense of Perry and Gomes in

22  the Underlying Action.

23      **WHEREFORE**, Nationwide Agribusiness Insurance – NAIC and Nationwide Mutual

24  Insurance Company request that this Court enter judgment in its favor and against all Defendants:

25      A.      Declaring that Nationwide Agribusiness Insurance – NAIC and Nationwide Mutual

26              Insurance Company have no duty to indemnify George Perry and Sons, Inc., and

27              Paul Gomes in connection with the "Complaint For: Negligence; Negligence per se;

28              Intentional Misrepresentation and Concealment; and Negligent Misrepresentation"

COMPLAINT FOR DECLARATORY RELIEF

1    filed by the Gary Mattes in the lawsuit pending in the Superior Court of the State of

2    California, in and for the County of San Joaquin entitled *Estate of Singh, et al., v.*

3    *Onkar Transport, Inc., et al.*, Case No. CIVDS 1700068 under Policy No. BDG-

4    0064064-04;

5    B.    Declaring that Nationwide is entitled to withdraw from the defense of George Perry

6    and Sons, Inc., and Paul Gomes in the *Mattes* matter; and

7    C.    Awarding such other and further relief as the Court finds just and proper.

8    Dated:   September 13, 2017                    COZEN O'CONNOR

9

10                                          By: /s/ Teri Mae Rutledge

11                                              Fulton M. Smith III
                                                Teri Mae Rutledge
12                                              Attorneys for Plaintiffs
                                                NATIONWIDE AGRIBUSINESS INSURANCE,
13                                              and NATIONWIDE MUTUAL INSURANCE
                                                COMPANY
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR DECLARATORY RELIEF