UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE AGRIBUSINESS INSURANCE; and NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGE PERRY AND SONS, INC.; and PAUL GOMES,<br><br>Defendants.<br>_____<br><br>UNIGARD INSURANCE COMPANY and ONEBEACON INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGE PERRY AND SONS, INC., a California Corporation, GARY MATTES, individually and dba GARY APIARIES and DOES 1 through 20, inclusive,<br><br>Defendants. | No. 2:17-cv-01910-KJM-CKD<br><br><br><br><br><br><br><br><br><br><br><br><br><br>No. 2:18-cv-00188-TLN-GGH<br><br><br><br><br><br><br><br><br><br><br><br>**RELATED CASE ORDER** |

Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). Both actions are brought by insurance companies against the same

1

defendants and both actions involve interpreting insurance policy coverage relating to the same underlying civil action. Accordingly, the court finds the assignment of both cases to the same Judge would save judicial effort and "avoid substantial duplication of labor." *See* Local Rule 123(a)(4).

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge – it does not consolidate the actions. Under Rule 123, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that Case No. 2:18-cv-00188-TLN-GGH is reassigned from District Judge Troy L. Nunley to the undersigned and from Magistrate Judge Gregory G. Hollows to Magistrate Judge Carolyn K. Delaney. The caption on documents filed in the reassigned case shall now be shown as: 2:18-cv-00188-KJM-CKD.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: February 1, 2018.

UNITED STATES DISTRICT JUDGE