Fulton M. Smith III (SBN 121071)
Teri Mae Rutledge (SBN 261229)
COZEN O'CONNOR
101 Montgomery Street, Suite 1400
San Francisco, CA 94104
Tel:   415.644.0914
Fax:   415.644.0978
Email: fsmith@cozen.com
       trutledge@cozen.com

Attorneys for Plaintiffs,
NATIONWIDE AGRIBUSINESS INSURANCE,
and NATIONWIDE MUTUAL INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE AGRIBUSINESS INSURANCE; and NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGE PERRY & SONS, INC.; and PAUL GOMES,<br><br>Defendants. | Case No.: 2:17-cv-01910-KJM-CKD<br>(Related Case No. 2:18-cv-00188-KJM-CKD)<br><br>**STIPULATION AND ORDER REGARDING CONTINUING NATIONWIDE'S MOTION FOR SUMMARY JUDGMENT, DEFENDANT PERRY & SONS' MOTION TO STAY AND THE STATUS CONFERENCE**<br><br>Date:   June 29, 2018<br>Time:   10 AM<br>Dept.:   Courtroom 3<br><br>Judge:   Hon. Kimberly J. Mueller |

THE PARTIES HERETO by and through their respective counsel stipulate as follows:

1. WHEREAS *Nationwide Agribusiness Ins. et al. v. George Perry and Sons, Inc., et al.*, Case No. 2:17-CV-01910-KJM-CKD (the "Nationwide action") was filed on September 14, 2017;

2. WHEREAS *Unigard Ins. Co., et al. v. George Perry and Sons, Inc.*, et al., Case No. 2:18-cv-00188-KJM-CKD, (the "Unigard action") was filed on January 26, 2018;

3. WHEREAS as the Nationwide action and the Unigard action have been deemed related cases;

4. WHEREAS in the Nationwide action Plaintiffs Nationwide Agribusiness Insurance and Nationwide Mutual Insurance Company (collectively "Nationwide") filed a Motion for Summary Judgment ("Nationwide motion"), and is set for hearing on June 1, 2018 at 10:00 AM in Courtroom 3;

5. WHEREAS Unigard and OneBeacon (collectively "Unigard") in the Unigard action filed a Motion for Partial Summary Judgment ("Unigard motion"), and is also set for hearing on June 1, 2018; at 10:00 AM in Courtroom 3;

6. WHEREAS at the May 10, 2018 hearing on Defendant Perry & Sons Motion to Stay, Nationwide and Unigard requested that the hearing date for Nationwide's and Unigard's respective motions for summary judgments be continued to June 29, 2018 because counsel for Unigard had a conflict with the currently scheduled June 1, 2018 hearing date;

7. WHEREAS the parties agree that having both the Nationwide motion and the Unigard motion heard on the same date is beneficial to all parties and promotes judicial economy;

8. WHEREAS during the May 10, 2018 hearing on Defendant Perry's Motion to Stay, the Court also ordered the Nationwide action and the Unigard action stayed until after it could consider Nationwide and the Unigard motions for summary judgment (and the hearing thereon);

9. WHEREAS the parties have agreed to continue the hearing date for both the Nationwide motion and the Unigard motion to June 29, 2018;

10. WHEREAS pursuant to the oral order of the Court on May 10, 2018, the parties agreed that the matters are stayed until hearing of the Nationwide and Unigard motions for summary judgment—and the Court's consideration thereof;

11. WHEREAS, the Court also ordered that after its ruling on Nationwide's and Unigard's motions for summary judgment, the Court indicated it would allow Defendant Perry & Sons the opportunity to revisit the motion to stay, or to file a new motion; and

12. WHEREAS, a Status Conference/Scheduling Conference was scheduled for June 21, 2018 at 2:30 PM in Courtroom 3; but the Court ordered that the conferences be reset to a date to be determined at or after the June 29, 2018 hearing on the motions for summary judgment (and

that the parties need not file any proposed Status Conference or Scheduling Order statements or orders).

13. THEREFORE, the parties stipulate:

    a. The parties stipulate that the hearing on Nationwide's Motion for Summary Judgment and Unigard's Motion for Partial Summary Judgment will both be heard on June 29, 2018 at 10:00 am in Courtroom 3;

    b. All remaining deadlines associated with Nationwide's Motion for Summary Judgment and Unigard's Motion for Partial Summary Judgment shall be calculated according to applicable court rules, including that pursuant to these rules, both Nationwide's and Unigard's briefs in Reply to Defendant Perry & Sons Oppositions to the motions shall be due June 22, 2018;

    c. The Nationwide action and Unigard action are stayed for all other purposes until after the hearing on Nationwide's and Unigard's motions for summary judgment;

    d. After the hearing on the motions for summary judgment the Court will revisit the Defendant Perry & Sons' Motion to Stay; and

    e. The Status Conference/Scheduling Order Conference set for June 21, 2018 is vacated, and if necessary, will be rescheduled. The Parties need not meet and confer and need not submit joint Status Conference Statements or proposed scheduling Orders.

Dated: May 23, 2018        COZEN O'CONNOR

By: */s/ Fulton M. Smith III*
    Fulton M. Smith III
    Teri Mae Rutledge
    Attorneys for Plaintiffs
    NATIONWIDE AGRIBUSINESS INSURANCE, and NATIONWIDE MUTUAL INSURANCE COMPANY

| | | |
|---|---|---|
| 1 | Dated: May 23, 2018 | DOWNEY BRAND LLP |
| 2 | | |
| 3 | | By: */s/ John C. McCarron* <br> John C. McCarron <br> Attorneys for Defendant |
| 4 | | GEORGE PERRY & SONS, INC. |
| 5 | Dated: May 23, 2018 | FARMER SMITH & LANE LLP |
| 6 | | |
| 7 | | By: */s/ Blane A. Smith* <br> Blane A. Smith <br> Attorneys for Defendant |
| 8 | | GEORGE PERRY & SONS, INC. |
| 9 | Dated: May 23, 2018 | SELVIN WRAITH HALMAN LLP |
| 10 | | |
| 11 | | By: */s/ Gary R. Selvin* <br> Gary R. Selvin <br> Robin D. Korte |
| 12 | | Attorneys for Plaintiffs in Related Action <br> UNIGARD INSURANCE COMPANY and |
| 13 | | ONEBEACON INSURANCE COMPANY |

**ORDER**

Based on the foregoing stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The hearings on Nationwide's motion for summary judgment Unigard's motion for partial summary judgment are continued from June 1, 2018 to June 29, 2018 at 10:00 a.m. in Courtroom 3. All remaining deadlines associated with Nationwide's Motion for Summary Judgment and Unigard's Motion for Partial Summary Judgment shall be calculated according to applicable court rules, and the deadline for Nationwide and Unigard to file any Reply briefs to Defendant Perry & Sons' Oppositions to the motions is June 22, 2018.
2. The Nationwide action and Unigard action are stayed for all other purposes until hearings on Nationwide's and Unigard's motions for summary judgment—or until the Court issues its orders on the motions.
3. After the Court issues its orders on the motions for summary judgment, the Court may revisit Defendant Perry & Sons Motion to Stay, if necessary, and
4. The Status Conference/Scheduling Order Conference set for June 21, 2018 is vacated, and, if necessary, will be rescheduled. The Parties need not meet and confer and need not submit joint Status Conference Statements or proposed scheduling orders.

SO ORDERED.

DATED: May 28, 2018.

_____
UNITED STATES DISTRICT JUDGE